STATE of Maine

v.

**Malcolm WEAVER, Jr.**

Supreme Judicial Court of Maine.

Argued Jan. 12, 1982.

Decided Jan. 18, 1982.

Janet T. Mills (orally), Dist. Atty., Auburn, for plaintiff.

Mangan & Audet, Thomas E. Audet (orally), Lewiston, for defendant.

Before McKUSICK, C. J., and GODFREY, NICHOLS, ROBERTS, CARTER and WATHEN, JJ.

## MEMORANDUM OF DECISION.

The Defendant, Malcolm Weaver, Jr., was convicted of rape, 17–A M.R.S.A. § 252 (1980); kidnapping, *id.*, § 301; robbery, *id.*, § 651; criminal threatening with a dangerous weapon (two counts), *id.*, § 209; and theft of a firearm, *id.*, § 353, following a jury trial in Superior Court (Androscoggin County). Upon appeal he challenges the sufficiency of the evidence supporting a finding of guilt for each of the six convictions.

A careful review of the record leads us to conclude that the Defendant's challenge is without merit.

The entry is:

Appeal denied.

Judgment affirmed.

All concurring.